**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JAZMIN AGUILAR, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | |
| | § | CIVIL ACTION NO. 1:26-cv-00485 |
| SPACE EXPLORATION TECHNOLOGIES CORPORATION, | § § § | |
| Defendant. | § § § § | |

**DEFENDANT SPACEX'S UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**

Defendant Space Exploration Technologies, Corp. ("SpaceX") files this Unopposed Motion to Extend Time to File Answer or Other Responsive Pleading to Plaintiffs' Complaint (the "Motion") and respectfully shows the Court as follows:

1. Plaintiffs filed their Complaint on April 30, 2026. Dkt. 1. SpaceX was served with the Complaint on May 15, 2026. The current deadline for SpaceX to file an answer or other responsive pleading to the Complaint is June 5, 2026. *See* FED. R. CIV. P. 12(a)(1)(A)(i).

2. On May 29 and June 2, 2026, counsel for SpaceX conferred with counsel for Plaintiffs via email regarding the relief sought herein, and counsel for Plaintiffs indicated that Plaintiffs are unopposed to the extension of SpaceX's deadline to answer or otherwise respond to the Complaint on or before July 10, 2025.

3. SpaceX recently retained counsel and requires additional time to investigate and respond to the allegations and claims made by Plaintiffs. Accordingly, SpaceX respectfully

requests an extension of the deadline to respond to the Complaint, on or before July 10, 2025.

4.    This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party.  The extension of time will allow SpaceX sufficient time to investigate the allegations and claims raised by the Complaint, confer with counsel, and prepare its response. This is SpaceX's first request for an extension of time.

WHEREFORE, SpaceX requests that the Court extend the deadline by which it files an answer or responsive pleading to Plaintiffs' Complaint to July 10, 2026.

Dated:        June 03, 2026

Respectfully Submitted,

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ John T. Cox III*
John T. Cox III
*Attorney-in-Charge*
Tx. Bar No. 24003722
S.D. Tex. Bar No. 27251
GIBSON, DUNN & CRUTCHER LLP
Gibson, Dunn & Crutcher LLP
811 Main Street,
Suite 3000
Houston, Texas 77002
Telephone: 346-718-6604
Facsimile: 346-718-6941
tcox@gibsondunn.com

Elizabeth K. McCloskey
(*pro hac vice forthcoming*)
One Embarcadero Center,
Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
emccloskey@gibsondunn.com

Joseph D. Edmonds
(*pro hac vice forthcoming*)
3161 Michelson Drive
Suite 1200
Irvine, CA 92612-4412

Telephone: (949) 451-3805
jedmonds@gibsondunn.com

*Counsel for Space Exploration*
*Technologies Corporation*

**CERTIFICATE OF SERVICE**

Pursuant to Civ. L.R. 5.3, I hereby certify that on June 3, 2026, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ John T. Cox III*
John T. Cox III