**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

JAZMIN AGUILAR, *et al.*,

    Plaintiffs,

VS.

SPACE EXPLORATION TECHNOLOGIES
CORPORATION,

    Defendant.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 1:26-cv-00485

**[PROPOSED] ORDER GRANTING DEFENDANT SPACEX'S UNOPPOSED MOTION
TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING TO
PLAINTIFFS' COMPLAINT**

Now pending before the Court is Defendant Space Exploration Technology Corporation's

("SpaceX") Unopposed Motion to Extend Time to File Answer or Other Responsive Pleading to

Plaintiffs' Complaint (the "Motion"). Having considered the Motion and applicable law, the

Court finds that the Motion should be granted.

As a result, the Court hereby **ORDERS** that the Motion is **GRANTED.**

The Court further **ORDERS** that SpaceX's deadline to file an answer or other responsive

pleading to Plaintiffs' Complaint is **July 10, 2026**.

Signed this ___ day of June, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge