United States District Court
Southern District of Texas

**ENTERED**

June 04, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAZMIN AGUILAR, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-485 |
| | § | |
| SPACE EXPLORATION | § | |
| TECH. CORP.*,* | § | |
| Defendant. | § | |

## ORDER ON CASE MANAGEMENT

1. The Court *does not* routinely schedule an initial pretrial conference. Counsel may, however, request a pretrial conference by motion to the Court expressing the reason such conference is necessary. Additionally, if it deems a pretrial conference necessary, the Court will notify the parties.

2. Pursuant to Federal Rule of Civil Procedure 26(f), counsel shall conduct a discovery conference, and submit in one filing with the United States District Clerk **a joint discovery/case management plan** that includes a **proposed scheduling order[1]** no later than:

### July 29, 2026

3. The plaintiff must serve the defendant within 90 days of filing the complaint. The plaintiff's failure to file proof of service within that time may result in dismissal by the court on its own initiative. *See* FED. R. CIV. P. 4(m).

4. The Plaintiff(s) filing this suit, or the party removing this suit from state court, **shall** serve the opposing party or parties with copies of this ORDER ON CASE MANAGEMENT.

---

[1] The Court has attached to this order the Joint Discovery/Case Management Plan and Preliminary Scheduling Order from United States District Judge Fernando Rodriguez Jr., the District Judge assigned to this case, for the convenience of the parties.

5. Within 15 days of receiving this order, counsel must file a list of all entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations as well as all known attorneys of record. When a group description is effective disclosure, an individual listing is not necessary. <u>Underline the names of corporations with publicly traded securities</u>. Counsel must promptly amend the list when parties are added, or additional interested parties are identified.

6. Upon receipt of the joint discovery/case management plan, the Court will enter a scheduling order pursuant to FED. R. CIV. P. 16(b).

7. The attorney designated as "in-charge" must appear at all settings before the Court. Alternatively, a substitute attorney who is familiar with the case and has authority to make decisions binding the client may appear. *See* 28 U.S.C. § 473(b)(2).

8. All counsel or *pro se* parties are required to keep the Clerk and all other parties advised of changes of address. *See* Local Rule 83.4.

9. The parties will be bound by the provisions contained in this order, the papers mentioned in No. 5 above, as well as the dates set out in the scheduling order to be entered in this case.

10. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of expenses.

Karen Betancourt
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**                ☆                **SOUTHERN DISTRICT OF TEXAS**
                                                                            **BROWNSVILLE DIVISION**

### JOINT DISCOVERY/CASE MANAGEMENT PLAN
### UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(f)

Please restate each instruction before furnishing the information.

1. State where and when the conference of the parties required by Federal Rule of Civil Procedure 26(f) was held and identify the counsel who participated for each party.

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

3. Specify the allegation of federal jurisdiction.

4. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

5. List anticipated interventions, if any.

6. Describe class-action issues, if any.

7. State whether each party represents that it has made the initial disclosures required by Federal Rule of Civil Procedure 26(a).  If not, describe the arrangements that have been made to complete the disclosures.

8. Describe the proposed agreed discovery plan, including:

   A. Responses to all the matters raised in Federal Rule of Civil Procedure 26(f).
   B. When and to whom the plaintiff anticipates it may send interrogatories.
   C. When and to whom the defendant anticipates it may send interrogatories.
   D. Of whom and by when the plaintiff anticipates taking oral depositions.
   E. Of whom and by when the defendant anticipates taking oral depositions.
   F. When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Federal Rule of Civil Procedure 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.
   G. List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date.  *See* Federal Rule of Civil Procedure 26(a)(2)(B).
   H. List expert depositions the opposing party anticipates taking and their anticipated completion date.  *See* Federal Rule of Civil Procedure 26(a)(2)(B).

9. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

10.    Specify the discovery beyond initial disclosures that has been undertaken to date.

11.    State the date the planned discovery can reasonably be completed.

12.    Describe what each party has done or agreed to do to bring about a prompt resolution, as well as the possibilities for a prompt settlement or resolution of the case that were discussed in your Federal Rule of Civil Procedure 26(f) conference.

13.    From the attorneys' discussion with the client, state the Alternative Dispute Resolution techniques that are reasonably suitable and state when such a technique may be effectively used in this case.

14.    Magistrate judges may now hear jury and non-jury trials.    Indicate each party's respective position on a trial before a magistrate judge.

15.    State whether a jury demand has been made and if it was made on time.

16.    Specify the number of hours it will take to present the evidence in this case.

17.    List pending motions that could be ruled on at the Initial Pretrial Conference.

18.    List other motions pending.

19.    Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the Court at the Initial Pretrial Conference.

20.    List the names, bar numbers, addresses and telephone numbers of all counsel.

**UNITED STATES DISTRICT COURT**          ☆          **SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

### Preliminary Scheduling Order

*Plaintiff must furnish a copy of this Preliminary Scheduling Order to new parties.*

1.  Motion to join new parties must be filed by:                    _____

2.  Party with burden on an issue shall name expert(s) and
    produce report(s) by:                                           _____

3.  Rebuttal expert(s) shall be named and report(s) produced by:    _____

4.  Discovery must be completed by:                                 _____

    *Counsel may agree to continue discovery beyond the deadline, but the Court
    will not intervene.  Absent exceptional circumstances, the Court will not grant
    a continuance because of information acquired in post-deadline discovery.*

5.  Dispositive Motions and Motions to Exclude Expert Witness
    must be filed by:                                               _____

6.  Plaintiff(s) must file the Joint Pretrial Order by:             _____

7.  Parties must file motions in limine and objections to
    proposed trial exhibits and witnesses by:                       _____

8.  Final Pretrial Conference is set for 1:30 p.m. on:              _____

    *Court will schedule jury selection and/or trial date at Final Pretrial Conference.*


_____
Fernando Rodriguez, Jr.
United States District Judge