AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

| | |
|---|---|
| JAZMIN AGUILAR; BLANCA AGUIRRE; FERNANDO AGUIRRE; ABILENE ALEJANDRO; JILL ALFONSO; JOSE AMAYA; TERESA A AMAYA; ET AL. <br><br> *Plaintiff(s)* <br><br> v. <br><br> SPACE EXPLORATION TECHNOLOGIES, CORP. <br><br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) <br><br> Civil Action No.  1:26-CV-00485 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SPACE EXPLORATION TECHNOLOGIES, CORP. C/O REGISTERED AGENT: CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCOROPORATING SERVICE COMPANY
211 EAST 7TH STREET, SUITE 620
AUSTIN, TX 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: 1) BENIGNO (TREY) MARTINEZ; MARTINEZ & TIJERINA, PLLC; 1201 E. VAN BUREN, BROWNSVILLE, TEXAS 78520;  2) FRANK GUERRA IV; GUERRA LLP; 875 E ASHBY PLACE, SUITE 1200, SAN ANTONIO, TEXAS 78212;  3) ASHLEA G. SCHWARZ; PAUL LLP; 601 BROADWAY BLVD, SUITE 600, KANSAS CITY, MISSOURI 64105; AND  4) CRISTOBAL M. GALINDO; CRISTOBAL M. GALINDO PC;  4151 SOUTHEAST FREEWAY #602, HOUSTON, TX 77027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: May 4, 2026

*s/ Dori Lee Reyna*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-CV-00485

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Space Exploration Technologies, Corp. c/o Corporation Service Company, Registered Agent</u> was received by me on *(date)* <u>May 14, 2026.</u>

☐    I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒    I served the summons on *(name of individual)* <u>Mak Hayes, Employee</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Space Exploration Technologies, Corp.</u> on *(date)* <u>Fri, May 15 2026 at 3:20 pm at 211 E. 7th St. Ste. 620 Austin, TX 78701</u> ; or

☐    I returned the summons unexecuted because: _____ ; or

☐    Other: _____ ; or

My fees are $ ___ for travel and $ ___ for services, for a total of $ ___ .

I declare under penalty of perjury that this information is true.

Date: 05/21/2026

*Server's signature*

Justin Rogers

*Printed name and title*

1411 West 6th Street, Austin, Texas 78703

*Server's address*

Additional Documents Served:
Complaint; Civil Cover Sheet; Notice Regarding Consent to Jurisdiction of a Magistrate Judge; Order

15907779