UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## <u>Motion and Order for Admission *Pro Hac Vice*</u>

| Division | Brownsville | Case Number | 1:26-cv-485 |
|---|---|---|---|

| JAZMIN AGUILAR, et al. |
|---|
| *versus* |
| SPACE EXPLORATION TECHNOLOGIES CORPORATION |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Elizabeth K. McCloskey<br>Gibson, Dunn & Crutcher LLP<br>One Embarcadero Center, Ste. 2600<br>San Francisco, CA 94111-3715<br>(415) 393-4622; EMcCloskey@gibsondunn.com<br>California State Bar No. 268184 |
|---|---|

| Name of party applicant seeks to appear for: | Defendant Space Exploration Technologies Corporation |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____    No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:    7/9/2026 | Signed:        /s/ Elizabeth K. McCloskey |
|---|---|

| The state bar reports that the applicant's status is:   Active | |
|---|---|
| Dated:    7/20/2026 | Clerk's signature    /s/ Sara Celis |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____      _____

United States District Judge