UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAZMIN AGUILAR, et al., | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00485 |
| | § | |
| SPACE EXPLORATION | § | |
| TECHNOLOGIES, CORPORATION, | § | |
| *Defendant.* | § | |

**[PROPOSED] ORDER DENYING DEFENDANT SPACEX'S
MOTION TO DISMISS PLAINITFFS' CLAIM FOR
NONECONOMIC DAMAGES**

The Court has considered Defendant SpaceX's Motion to Dismiss Plaintiffs' Claim for Noneconomic Damages [ECF No. 13], Plaintiffs' First Amended Complaint [ECF No. 23], and Plaintiffs' Response to SpaceX's motion. After considering the papers and the relevant law, the Court finds that the filing of the First Amended Complaint moots the motion and that the motion should be denied on that basis.

It is therefore **ORDERED** that Defendant SpaceX's Motion to Dismiss Plaintiffs' Claim for Noneconomic Damages [ECF No. 13] is **DENIED** as moot.

Signed this ____ day of _____, 2026.

_____
Fernando Rodriguez, Jr.
UNITED STATES DISTRICT JUDGE