United States District Court
Southern District of Texas

**ENTERED**

August 06, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAZMIN AGUILAR, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-485 |
| | § | |
| SPACE EXPLORATION | § | |
| TECH. CORP.*,* | § | |
| Defendant. | § | |

### ORDER DENYING MOTION TO DISMISS AS MOOT (DKT NO 13) AND SETTING RESPONSE DEADLINE

On July 10, 2026, Defendant Space Exploration Technologies Corporation filed a partial Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Dkt. No. 13. On July 29, 2026, Plaintiffs Jazmin Aguilar, *et al.*, filed "First Amended Complaint." Dkt. No. 23.

Under Federal Rule of Civil Procedure 15(a)(1)(B) "a party may amend its pleading once as a matter of course no later than . . . 21 days after service of a motion under Rule 12(b)[.]" Given this, Plaintiff was entitled to file an amended complaint without leave of court if done no later than 21 days after service of Defendants' Motion to Dismiss. Plaintiff complied with the rule, so Plaintiff's amended pleading (Dkt. No. 23) is now the operative pleading in this case.

For this reason, the Court **DENIES** Defendants' Motion to Dismiss (Dkt. No. 13) as **MOOT**. Defendants shall file a response, if any, to Plaintiff's Amended Complaint by no later than August 12, 2026[1].

Signed on August 6, 2026.

*Karen Betancourt*
_____
Karen Betancourt
United States Magistrate Judge

---

[1] Under Federal Rule of Civil Procedure 15(a)(2), "any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." The time to answer Plaintiff's original complaint was on June 5, 2026. See Dkt. No. 7 (Def.'s Mot. ¶ 1). The Court extended the deadline to July 10, 2026. Dkt. No. 8 (Order). Defendant filed the Partial Motion to Dismiss, Dkt. No. 13, on July 10, 2026. Accordingly, even tolling the time to answer under Rule 12(a)(4), *Banik v. Thompson*, 2017 WL 11713709, at *2 (S.D. Tex. Dec. 11, 2017) (Alvarez, J.), the time remaining to answer the pleading was only 1 day. For this reason, the "later" period is the 14-day deadline, which falls on Wednesday, August, 12, 2026.