**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JAZMIN AGUILAR, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | |
| SPACE EXPLORATION TECHNOLOGIES CORPORATION, | § § § | CIVIL ACTION NO. 1:26-cv-00485 |
| Defendant. | § § § § § | |

### [PROPOSED] ORDER GRANTING DEFENDANT SPACEX'S MOTION TO DISMISS PLAINTIFFS' CLAIM FOR NONECONOMIC DAMAGES

Pending before the Court is Defendant Space Exploration Technologies Corp.'s ("SpaceX") Motion to Dismiss Plaintiffs' Claim For Noneconomic Damages (the "Motion"). The Court has considered the Motion, the response, the reply, and the applicable law and finds that the Motion should be granted.

As a result, the Court hereby **ORDERS** that the Motion is **GRANTED**.

The Court further **ORDERS** that Plaintiffs' claim for noneconomic damages is **DISMISSED WITH PREJUDICE**.

SIGNED this ___ day of _____, 2026

_____
Fernando Rodriguez, Jr.
UNITED STATES DISTRICT JUDGE