**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

|  |  |  |
|---|---|---|
| JAZMIN AGUILAR, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | |
| | § | CIVIL ACTION NO. 1:26-cv-00485 |
| SPACE EXPLORATION TECHNOLOGIES CORPORATION, | § § § | |
| Defendant. | § § § § § § | |

**DECLARATION OF ELIZABETH MCCLOSKEY IN SUPPORT OF
DEFENDANT SPACEX'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
MOTION TO DISMISS PLAINTIFFS' CLAIM FOR NONECONOMIC DAMAGES**

I, Elizabeth McCloskey, declare as follows:

1. I am a partner at the law firm Gibson, Dunn & Crutcher LLP. I am licensed to practice law in the state of California and have been admitted pro hac vice to the Western District of Texas. I represent Space Exploration Technologies Corp. ("SpaceX") in this matter. I submit this declaration based upon my own personal knowledge. If called upon to do so, I could and would testify competently to the matters set forth herein.

2. Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of a Vally Central news article titled *Starbase city incorporation passes at the polls*, dated May 4, 2025, available at https://www.valleycentral.com/news/local-news/residents-vote-on-making-starbase-a-city/.

3. Attached hereto as **<u>Exhibit 2</u>** is a true and correct copy of a map titled "Location of Plaintiffs' Alleged Properties Relative to the Starbase Launch Site." Exhibit 2 is a demonstrative aid. It was prepared at my direction and under my supervision for the purpose of illustrating, on a single page and to scale, where the properties identified in Plaintiffs' First Amended Complaint are located in relation to Starbase and the Starship launch site. Exhibit 2 does not contain any opinion or argument and it presents no information other than the location information Plaintiffs pleaded and geographic information published by the United States Geological Survey, as detailed below.

4. Specifically, the base map reproduced in Exhibit 2 is a published topographic map of the relevant area produced by the United States Geological Survey ("USGS") and made available through The National Map. It was obtained on August 11, 2026 from the "USGSTopo" base map service at https://basemap.nationalmap.gov/arcgis/rest/services/USGSTopo/MapServer. Any symbol that appears in Exhibit 2 that is an overlay on top of the published base map is described in this declaration.

1

5.      Next, the property addresses pleaded in paragraphs 98 through 256 of Plaintiffs' First Amended Complaint were identified and overlaid on top of the base map in blue points and verified against Google Maps.  A circle was then drawn around each of the four communities in which Plaintiffs allege they own property.  These circles are locating devices only; they do not depict formal geographic boundaries.

6.      The area outlined in dark red is the municipal boundary of Starbase, Texas, as published by the U.S. Census Bureau.  The Starbase launch site was plotted using the coordinates reflected for the Orbital Launch Pad on Google Maps, and as corroborated by the location described in the FAA's 2022 Final Programmatic Environmental Assessment for the SpaceX Starship/Super Heavy Launch Vehicle Program at the Boca Chica Launch Site, which Plaintiffs cite in their First Amended Complaint.  *See* Dkt. 23 at n.26 (available at https://www.faa.gov/sites/faa.gov/files/2022-06/AppendixB_NoiseAssessment.pdf).

7.      The distances reported in the table are straight-line distances from the launch site, located as described in paragraph 6, to the location of each Plaintiff's property location, and verified against Google Maps.  For each community, the table reports the distance to the nearest plotted property and to the farthest.

I declare under penalty of perjury that to the best of my knowledge and understanding, the statements in this declaration are true and correct.

Executed in San Francisco, California, on August 12, 2026.

*/s/ Elizabeth McCloskey*
Elizabeth McCloskey

2