# EXHIBIT 1

# Starbase city incorporation passes at the polls

valleycentral.com/news/local-news/residents-vote-on-making-starbase-a-city

Mia Morales                                                                                                    May 4, 2025



CAMERON COUNTY, Texas (ValleyCentral) — Unofficial voting numbers show residents of Boca Chica Village voted in favor of creating the City of Starbase and establishing Starbase as a Type C general law municipality.

According to the unofficial election results, 212 residents voted for the creation of the City of Starbase and 6 people voted against it with 100% of precincts reporting (only one precinct voted in this election).

The ruling of this election changes the incorporated village of Starbase, also known as Boca Chica Village, into a Type C general city with a commission form of government, comprised of a mayor and two commissioners.

An unincorporated city, town or village can petition to become a Type C municipality if the population is between 201 to 4,999 residents and meets the following requirements:

- It is comprised of less than two square miles if the population is less than 2,000 inhabitants.
- It sis comprised of less than four square miles if the population is between 2,001 to 4,999 inhabitants.

Additionally, a Type C city will have a commission form of government with a mayor and two commissioners that each serve two-year terms, unless voters adopt a measure that extends their terms to four years.

The commission is required to hold at least one regular monthly meeting and call as many special meetings as needed.

Lastly, Type C cities can levy an ad valorem property tax anywhere between $250 and $1,500 per $100,000 valuation, depending on the population size.

# May 3 Cameron County races

| Candidate | Votes | Percent |
|---|---|---|
| **Against** | 9,769 | 60.90% |
| **Race not called** ✓ | | |
| **For** | 6,272 | 39.10% |

Updated: 1 year ago
100% reporting

Cameron Co. Venue Project Proposition A

| Candidate | Votes | Percent |
|---|---|---|
| **Nurith Galonsky Pizana** | 3,137 | 40.44% |
| **Roy De los Santos** | 2,145 | 27.65% |
| **Alejandro Garcia** | 1,661 | 21.41% |
| **Jason Moody** | 815 | 10.51% |

Updated: 1 year ago
100% reporting

Brownsville Commissioner at-large B

| Candidate | Votes | Percent |
|---|---|---|
| **Gustavo De Leon** | 1,532 | 60.10% |
| **Race not called** ✓ | | |
| **Denis Granado Chavez** | 774 | 30.36% |
| **Yvonne Barraza** | 243 | 9.53% |

Updated: 1 year ago
100% reporting

Brownsville Commissioner District 3

| Candidate | Votes | Percent |
|---|---|---|
| Pedro Cardenas | 880 | 33.31% |
| Daisy Zamora | 836 | 31.64% |
| Mike Rodriguez | 582 | 22.03% |
| Louie Tijerina | 344 | 13.02% |

Updated: 1 year ago
100% reporting

------------------------------------------

Brownsville Commissioner District 4

| Candidate | Votes | Percent |
|---|---|---|
| For | 212 | 97.25% |
| Race not called ✓ | | |
| Against | 6 | 2.75% |

Updated: 1 year ago
100% reporting

------------------------------------------

City of Starbase Incorporation Election

| Candidate | Votes | Percent |
|---|---|---|
| Fernando Rocha Jr. | 392 | 60.78% |
| Race not called ✓ | | |
| Maria Mayte L. Chapa | 253 | 39.22% |

Updated: 1 year ago
100% reporting

------------------------------------------

Rio Hondo ISD Board of Trustee Place 1

| Candidate | Votes | Percent |
|---|---|---|
| Jose Luis Lopez Jr. | 363 | 55.25% |
| Race not called ✓ | | |
| Jennifer Alfaro | 294 | 44.75% |

Updated: 1 year ago
100% reporting

------------------------------------------

Rio Hondo ISD Board of Trustees Place 2

| Candidate | Votes | Percent |
|---|---|---|
| Gina Marie Palacios | 361 | 56.67% |
| Race not called ✓ | | |
| Celina Y. Lara | 166 | 26.06% |
| Monica Gallegos | 110 | 17.27% |

Updated: 1 year ago
100% reporting

----------------------------------------

Rio Hondo ISD Board of Trustees Place 3

| Candidate | Votes | Percent |
|---|---|---|
| Juan D. Garza | 150 | 55.35% |
| Race not called ✓ | | |
| Arnulfo "Kitter" Huerta | 121 | 44.65% |

Updated: 1 year ago
100% reporting

----------------------------------------

Rio Hondo Commissioner Place 1

| Candidate | Votes | Percent |
|---|---|---|
| Diana Jean Bustamante | 208 | 80.31% |
| Race not called ✓ | | |
| Pedro G. Serna | 51 | 19.69% |

Updated: 1 year ago
100% reporting

----------------------------------------

Rio Hondo Commissioner Place 3

| Candidate | Votes | Percent |
|---|---|---|
| Jose "Peps" Cavazos | 149 | 56.23% |
| Race not called ✓ | | |
| Rick Tello | 116 | 43.77% |

Updated: 1 year ago
100% reporting

----------------------------------------

Rio Hondo Commissioner Place 5

| Candidate | Votes | Percent |
|---|---|---|
| **For** | 141 | 55.29% |
| **Race not called** ✓ | | |
| **Against** | 114 | 44.71% |

Updated: 1 year ago
100% reporting

Rio Hondo Proposition A

| Candidate | Votes | Percent |
|---|---|---|
| **For** | 316 | 56.33% |
| **Race not called** ✓ | | |
| **Against** | 245 | 43.67% |

Updated: 1 year ago
100% reporting

La Feria ISD Special Election Proposition A

| Candidate | Votes | Percent |
|---|---|---|
| **Jaime Quiroga** | 189 | 58.88% |
| **Race not called** ✓ | | |
| **Ruben Ochoa Jr.** | 132 | 41.12% |

Updated: 1 year ago
100% reporting

Santa Rosa Mayor

| Candidate | Votes | Percent |
|---|---|---|
| **Juan L. Esparza** | 198 | 62.66% |
| **Race not called** ✓ | | |
| **Josie Ruiz Badillo** | 118 | 37.34% |

Updated: 1 year ago
100% reporting

Santa Rosa Alderman Place 2

| Candidate | Votes | Percent |
|---|---|---|
| **Refugio "Cuco" Rickford** | 169 | 52.98% |
| **Race not called** ✓ | | |
| **Alex Salinas** | 150 | 47.02% |

Updated: 1 year ago
100% reporting

---

Santa Rosa Alderman Place 4

| Candidate | Votes | Percent |
|---|---|---|
| **Rebekah "Bekah" Herrmann Batot** | 1,520 | 42.05% |
| **Diana Cortez Young** | 1,387 | 38.37% |
| **Laura Longoria** | 419 | 11.59% |
| **Linda R. Gonzales** | 289 | 7.99% |

Updated: 1 year ago
100% reporting

---

Harlingen CISD Board of Trustees Place 3

| Candidate | Votes | Percent |
|---|---|---|
| **Eladio Jaimez** | 2,049 | 57.98% |
| **Race not called** ✓ | | |
| **Lorraine De Leon Galarza** | 1,485 | 42.02% |

Updated: 1 year ago
100% reporting

---

Harlingen CISD Board of Trustees Place 7

| Candidate | Votes | Percent |
|---|---|---|
| **Luis E. Casas** | 101 | 39.76% |
| **R. Dave Kusch** | 79 | 31.10% |
| **Gus Cavazos** | 74 | 29.13% |

Updated: 1 year ago
100% reporting

---

Primera Mayor

6/8

| Candidate | Votes | Percent |
|---|---|---|
| **For** | 168 | 68.02% |
| **Race not called** ✓ | | |
| **Against** | 79 | 31.98% |

Updated: 1 year ago
100% reporting

Primera Proposition A

| Candidate | Votes | Percent |
|---|---|---|
| **For** | 741 | 60.59% |
| **Race not called** ✓ | | |
| **Against** | 482 | 39.41% |

Updated: 1 year ago
100% reporting

Laguna Madre Water District Proposition A

| Candidate | Votes | Percent |
|---|---|---|
| **Sandra Holland** | 245 | 55.81% |
| **Race not called** ✓ | | |
| **James A. Galloway** | 194 | 44.19% |

Updated: 1 year ago
100% reporting

Port Isabel Commissioner Place 1

| Candidate | Votes | Percent |
|---|---|---|
| **Michelle Barreiro** | 240 | 54.92% |
| **Race not called** ✓ | | |
| **Armando "Dito" Rivera Jr.** | 197 | 45.08% |

Updated: 1 year ago
100% reporting

Port Isabel Commissioner Place 2

| Candidate | Votes | Percent |
|---|---|---|
| **Jenna Petrzelka** | 188 | 51.51% |
| **Race not called** ✓ | | |
| **Jordan Buss** | 177 | 48.49% |

Updated: 1 year ago
100% reporting

City of Starbase Incorporation Election
Commissioner

[Add as preferred source on Google](#)

Copyright 2026 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.