# EXHIBIT 2




# Location of Plaintiffs' Alleged Properties Relative to the Starbase Launch Site

*Cameron County, Texas*

## LEGEND

★ Orbital launch site

◯ Community in which Plaintiffs allege they own property

• Mapped location of a pleaded property address

▨ Starbase, Texas — city limits

– – Distance from launch site (5 and 10 miles)

*Circles locate a community, not a boundary.*

## DISTANCE FROM LAUNCH SITE TO PLEADED PROPERTY ADDRESSES

| Community | No. | Nearest | Farthest |
|---|---|---|---|
| Port Isabel | 37 | 5.4 mi | 7.1 mi |
| South Padre Island | 8 | 7.3 mi | 9.6 mi |
| Laguna Heights | 5 | 8.3 mi | 8.8 mi |
| Laguna Vista | 3 | 10.4 mi | 10.8 mi |

## SOURCES

Base map.  U.S. Geological Survey, The National Map, US Topo base map (USGSTopo), published at basemap.nationalmap.gov.  Reproduced without alteration.  All symbols, circles, dots, labels and the distance rings described below are overlays.

Property locations.  Addresses pleaded in the First Amended Complaint ¶¶ 98-256 (56 addresses), geocoded with the U.S. Census Bureau Geocoding Services API (Public_AR_Current).  53 of 56 returned a match; 3 did not and are not plotted.

Starbase city limits.  U.S. Census Bureau, Places (2025 vintage), GEOID 4870070.

Launch site.  Plotted at 25.997590° N, 97.154688° W.

Method.  Base map obtained in NAD83 / UTM Zone 14N (EPSG:26914), in which scale error across this map is under 0.01 percent; the scale bar is accurate in all directions.  Distances are geodesic distances on the GRS80 ellipsoid.  Each circle encloses the mapped properties in that community.

**SOUTH PADRE ISLAND**

**LAGUNA VISTA**

**LAGUNA HEIGHTS**

**PORT ISABEL**

Orbital launch site

**STARBASE**

10 mi

5 mi

MILES

0  1  2  3  4  5  6

N