**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JAZMIN AGUILAR, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | |
| | § | CIVIL ACTION NO. 1:26-cv-00485 |
| SPACE EXPLORATION TECHNOLOGIES CORPORATION, | § § § | |
| Defendant. | § § § § § | |

**[PROPOSED] ORDER GRANTING DEFENDANT SPACEX'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' CLAIM FOR NONECONOMIC DAMAGES**

Pending before the Court is Defendant Space Exploration Technologies Corp.'s ("SpaceX") Request for Judicial Notice in Support of Motion to Dismiss Plaintiffs' Claim For Noneconomic Damages (the "Request"). The Court has considered the Request and the applicable law and finds that the motion should be granted.

As a result, the Court hereby **ORDERS** that the Request is **GRANTED**, and the Court takes judicial notice of Exhibits 1-2 to the Declaration of Elizabeth McCloskey in Support of SpaceX's Request for Judicial Notice.

SIGNED this ___ day of _____, 2026

_____
Fernando Rodriguez, Jr.
UNITED STATES DISTRICT JUDGE