**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JAZMIN AGUILAR, *et al.*,<br><br>Plaintiffs,<br><br>VS.<br><br>SPACE EXPLORATION TECHNOLOGIES CORPORATION,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:26-cv-00485 |

**DEFENDANT SPACEX'S UNOPPOSED MOTION TO RESCHEDULE INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

Defendant Space Exploration Technologies Corp. ("SpaceX") files this Unopposed Motion to Reschedule Initial Pretrial and Scheduling Conference and respectfully shows the Court as follows:

1. On September 22, 2026, Judge Betancourt issued an order resetting the initial pretrial conference in this matter for November 4, 2026, at 1:30 P.M. PT. *See* ECF No. 34.

2. Counsel for SpaceX has a conflict on November 4, 2026. Accordingly, SpaceX respectfully requests that the Court reschedule the initial pretrial conference to November 17, 2026, at which time counsel for both parties will be available to attend.

3. If November 17, 2026, is not feasible, counsel for both parties can accommodate such additional dates as are convenient for the Court.

4. This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. The rescheduling will allow counsel for both parties to adequately prepare

and participate in the initial pretrial conference.

WHEREFORE, SpaceX requests that the Court reschedule the initial pretrial and scheduling conference to November 17, 2026, or, in the alternative, a date that is convenient for the Court.

Dated: October 16, 2026

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**


*/s/ John T. Cox*
John T. Cox III
*Attorney-in-Charge*
Tx. Bar No. 24003722
S.D. Tex. Bar No. 27251
GIBSON, DUNN & CRUTCHER LLP
Gibson, Dunn & Crutcher LLP
811 Main Street,
Suite 3000
Houston, Texas 77002
Telephone: 346-718-6604
Facsimile: 346-718-6941
tcox@gibsondunn.com

Elizabeth K. McCloskey
One Embarcadero Center,
Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
emccloskey@gibsondunn.com

Joseph D. Edmonds
3161 Michelson Drive,
Suite 1200
Irvine, CA 92612-4412
Telephone: (949) 451-3805
jedmonds@gibsondunn.com

*Counsel for Space Exploration Technologies Corporation*

## **CERTIFICATE OF SERVICE**

Pursuant to Civ. L.R. 5.3, I hereby certify that on October 16, 2026, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ John T. Cox*
John T. Cox III