**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JAZMIN AGUILAR, *et al.*,<br><br>Plaintiffs,<br><br>VS.<br><br>SPACE EXPLORATION TECHNOLOGIES CORPORATION,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:26-cv-00485 |

**[PROPOSED] ORDER GRANTING DEFENDANT SPACEX'S UNOPPOSED MOTION TO RESCHEDULE INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

Now pending before the Court is Defendant Space Exploration Technology Corporation's ("SpaceX") Unopposed Motion to Reschedule Initial Pretrial and Scheduling Conference (the "Motion"). Having considered the Motion and applicable law, the Court finds that the Motion should be granted.

As a result, the Court hereby **ORDERS** that the Motion is **GRANTED.**

**IT IS ORDERED** that the Initial Pretrial Conference is rescheduled to ____________, 2026, at ______ ___.m. in Courtroom __ before Magistrate Judge Karen Betancourt.

SIGNED this _____ day of ________________, 2026.

______________________________
Karen Betancourt
United States Magistrate Judge