**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JAZMIN AGUILAR, et al., | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. 1:26-cv-00485 |
| | § | |
| VS. | § | Hon. Fernando Rodriguez, Jr |
| | § | |
| SPACE EXPLORATION TECHNOLOGIES CORP., | § | |
| | § | |
| | § | |
| Defendant. | § | |

**<u>DEFENDANT SPACEX'S MOTION FOR PROTECTIVE ORDER</u>**

Defendant Space Exploration Technologies Corp. ("SpaceX"), by and through undersigned counsel, respectfully moves the Court to enter a protective order staying SpaceX's deadline to respond to Plaintiffs' July 24, 2026, written discovery pending its ruling on SpaceX's request for a stay, as set forth in the Joint Discovery/Case Management Plan (Dkt. 24) and its Motion to Dismiss (Dkt. 29).

SpaceX is contemporaneously filing a brief in support of this motion.

A proposed order is submitted herewith.

Dated: October 22, 2026

**[SIGNATURE BLOCK ON NEXT PAGE]**

GIBSON, DUNN & CRUTCHER LLP

/s/ John T. Cox III
**John T. Cox III**
Attorney-in-Charge
Tx. Bar No. 24003722
S.D. Tex. Bar No. 27251
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, Texas 77002
Telephone: 346-718-6604
Facsimile: 346-718-6941
tcox@gibsondunn.com

Elizabeth K. McCloskey
(admitted pro hac vice)
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
emccloskey@gibsondunn.com

Joseph D. Edmonds
(admitted pro hac vice)
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
Telephone: (949) 451-3805
jedmonds@gibsondunn.com

Michael Rodriguez
Tx. Bar No. 00791553
S.D. Tex. Bar No. 18759
Baltazar Salazar
Tx. Bar No. 24106385
S.D. Tex. Bar No. 3135288
ATLAS HALL RODRIGUEZ
818 W Pecan Blvd
McAllen, TX 78501
Telephone: (956) 574-9333
mrodriguez@atlashall.com
ssalazar@atlashall.com

Counsel for Space Exploration Technologies Corp.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(D), counsel for Defendant Space Exploration Technologies Corp. conferred with counsel for Plaintiffs on August 17, 2026, via videoconference, regarding the relief requested in this motion. Plaintiffs oppose the relief sought in this motion.

/s/ John T. Cox III
John T. Cox III

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2026, I caused a copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

/s/ John T. Cox III
John T. Cox III