**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JAZMIN AGUILAR, et al., | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. 1:26-cv-00485 |
| | § | |
| VS. | § | Hon. Fernando Rodriguez, Jr. |
| | § | |
| SPACE EXPLORATION TECHNOLOGIES CORP., | § | |
| | § | |
| | § | |
| Defendant. | § | |

**[PROPOSED] ORDER GRANTING**
**DEFENDANT SPACEX'S MOTION FOR A PROTECTIVE ORDER**
**PENDING RESOLUTION OF ITS REQUEST FOR A DISCOVERY STAY**

The Court, having considered Defendant Space Exploration Technologies Corp.'s ("SpaceX") Motion for a Protective Order Pending Resolution of Its Request for a Discovery Stay, finds good cause supports the Motion. Accordingly, the Motion is GRANTED in its entirety.

IT IS THEREFORE ORDERED that SpaceX's deadline to respond to Plaintiffs' July 24, 2026, written discovery is stayed pending the Court's ruling on SpaceX's request for a discovery stay, as set forth in the Joint Discovery/Case Management Plan (Dkt. 24).

SIGNED this ______ day of ______________, 2026.

______________________________
Karen Betancourt
United States Magistrate Judge