United States District Court
Southern District of Texas
**ENTERED**
October 26, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAZMIN AGUILAR, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-485 |
| | § | |
| SPACE EXPLORATION | § | |
| TECH. CORP., | § | |
| Defendant. | § | |

**ORDER**

Before the Court is "Defendant SpaceX's Unopposed Motion to Reschedule Initial Pretrial and Scheduling Conference" (Dkt. No. 36). Defendant Space Exploration Technologies Corp. requests the Court reschedule the initial pretrial conference to November 17, 2026. Defendant states that counsel for both parties will be available to attend on this proposed date, (Dkt. No. 36 at 1), and Defendant certifies that Plaintiff is unopposed to the relief requested in the Motion to Reschedule (Dkt. No. 39). Given that the Motion is unopposed, both parties will be available to attend, and the proposed date is convenient for the Court, the Court finds good cause supports granting the requested relief.

The Court **GRANTS** "Defendant SpaceX's Unopposed Motion to Reschedule Initial Pretrial and Scheduling Conference" (Dkt. No. 36).

The Court **RESETS** the initial pretrial conference for Tuesday, November 17, 2026, at 9:30 A.M. Central Time.[1]

All parties may appear in-person or via videoconference. If any party seeks to appear via videoconference, the party shall designate a lead counselor to whom the Court will distribute the instructions for video conferencing. This lead counsel shall contact the undersigned's case manager via email to request the instructions for videoconferencing by no later than Wednesday, November 4, 2026.

[1] The Court previously scheduled the initial pretrial conference for Wednesday, November 4, 2026, at 1:30 P.M. CT. *See* Dkt. No. 34.

Signed on October 26, 2026.

Karen Betancourt
United States Magistrate Judge